[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-10501

_____

D.C. Docket No. 1:13-cv-02973-HLM

SUBCONTRACTING CONCEPTS, LLC,

Plaintiff - Appellant,

versus

CREATIVE INSURANCE MANAGERS, INC.,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(March 22, 2016)

Before TJOFLAT and ROSENBAUM, Circuit Judges, and GOLDBERG,[*] Judge.

PER CURIAM:

_____
[*] Honorable Richard W. Goldberg, of the United States Court of International Trade, sitting by designation.

For the reasons set forth in the District Court's orders dated December 4, 2013, and January 3, 2014, we affirm the District Court's decisions denying Plaintiff-Appellant's motion for a preliminary injunction, denying as moot Plaintiff-Appellant's motion for a temporary restraining order, and denying Plaintiff-Appellant's motion for a permanent injunction; and the District Court's judgment dismissing the action.

**AFFIRMED.**